IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James W. Smith, et al.,              :

      Plaintiffs,              :

  v.                                  :   Case No. 2:06-cv-0893

Grady Memorial Hospital, et al.,:   JUDGE WATSON

      Defendants.              :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on November 1, 2006. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The complaint is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction. A copy of the complaint and the Court's dismissal order shall be mailed to the defendants.

                                      /s/ Michael H. Watson
                                    MICHAEL H. WATSON
                                    United States District Judge